# Court of Appeals
# of the State of Georgia

ATLANTA, March 15, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0123. ARTHUR SHERMAINE BUSSEY v. THE STATE.**

In 2002, Arthur Shermaine Bussey pled guilty to burglary and theft by receiving. In 2019, Bussey filed a motion challenging the validity of his arrest warrant. The trial court denied the motion and denied it again on reconsideration, and this Court dismissed Bussey's direct appeals of those two rulings. See Case Nos. A19A2089 (dismissed Oct. 17, 2019); A20A1652 (dismissed June 3, 2020). This Court explained in its dismissal orders that Bussey's motion was in substance a challenge to the validity of his conviction, but a motion seeking to challenge an allegedly invalid or void judgment of conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the denial of such a motion is subject to dismissal. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).

In the instant appeal, Bussey seeks to challenge the trial court's denial of his challenge to the constitutionality of his indictment, which he filed in 2021.[1] Bussey's challenge to the validity of the indictment is an attack upon his convictions. See *Thompson v. State*, 304 Ga. 146, 149 (3) (816 SE2d 646) (2018); *Jones v. State*, 290 Ga. App. 490, 494 (2) (659 SE2d 875) (2008). As stated above, an appeal from the denial of a motion collaterally attacking a conviction is subject to dismissal. See *Roberts*, 286 Ga. at 532; *Harper*, 286 Ga. at 218 (2); *Matherlee v. State*, 303 Ga.

---

[1] Bussey filed his notice of appeal to the Supreme Court, which transferred the case to this Court.

App. 765, 766 (694 SE2d 665) (2010). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __03/15/2022_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*